IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG VAN PHAM, | ) |
| Petitioner, | ) No. C 07-2929 VRW (PR) |
| vs. | ) ORDER |
| DARRELL ADAMS, Warden, | ) (Docs # 2 & 3) |
| Respondent. | ) |

Petitioner, a sate prisoner currently incarcerated at California State Prison, Corcoran, has filed a prose petition for a writ of habeas corpus under 28 USC § 2254 challenging a November 5, 2004 first-degree murder conviction and life sentence from Alameda County superior court. Petitioner also seeks leave to proceed in forma pauperis and appointment of counsel.

Petitioner raises four federal claims for relief: (1) the trial court instructed the jury incorrectly, (2) the trial court improperly declined to permit him to conduct post-trial discovery into the mental state of the victim's mother, (3) the sentence imposed constituted cruel and unusual punishment, and (4) ineffective assistance of counsel based on counsel's failure to challenge the prosecutor's use of peremptory strikes based on gender. The first three claims were rejected on direct appeal by the California Court of Appeal and California Supreme Court. The fourth claim has not been exhausted because the California Supreme Court has not had an opportunity to rule on it. See 28 USC § 2254(b).

1    Under the law of the circuit, the court must give petitioner the option of
2    either withdrawing his unexhausted claim (claim 4) and proceeding only on his
3    exhausted claims (claims 1, 2 and 3), or of dismissing the entire mixed petition
4    and returning to federal court with a new petition once all claims are exhausted.
5    See Jefferson v Budge, 419 F3d 1013, 1016 (9th Cir 2005); Olvera v Giurbino,
6    371 F3d 569, 573 (9th Cir 2004).

7    Within 30 days of this order, petitioner shall inform the court in writing
8    whether he wishes to (1) withdraw his unexhausted claim (claim 4) and proceed
9    only on his exhausted claims (claims 1, 2 and 3), or (2) dismiss the entire mixed
10   petition and return to federal court with a new petition once all claims are
11   exhausted.[1]  Failure to respond within the designated time will result in the
12   dismissal of the entire mixed petition without prejudice to filing a new federal
13   petition containing only exhausted claims.

14   Good cause shown, petitioner's request to proceed in forma pauperis (doc
15   # 3) is GRANTED.  His request for appointment of counsel (doc # 2) at this stage
16   of the proceedings is DENIED without prejudice.  Petitioner may renew the
17   request after he makes the election above.

18   SO ORDERED.

                                       VAUGHN R WALKER
                                       United States District Chief Judge

---

[1] Petitioner may be able to seek a stay of these proceedings if he can show that there was good cause for his failure to exhaust his unexhausted claims in state court, and that the claim is potentially meritorious.  See Rhines v Webber, 544 US 269, 277 (2005).