UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HOANG VAN PHAM,

        Petitioner,

  v.

DARRELL ADAMS et al,

        Respondent.
                                      /

Case Number: C07-2929 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hoang Van Pham V-58217
CA State Prison
3B02 / #210u
4001 King Avenue
P.O. Box 3466
Corcoran, CA 93212-3466

Dated: November 19, 2007

                                                Richard W. Wieking, Clerk
                                                By: Cora Klein, Deputy Clerk

                                                *Cora Klein* (signature)