IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG VAN PHAM,           )<br>                                          )<br>      Petitioner,        )<br>                                          )<br>  vs.                              )<br>                                          )<br>DARRELL ADAMS, Warden, )<br>                                          )<br>      Respondent.     )<br>_____) | No. C 07-2929 VRW (PR)<br><br>ORDER GRANTING<br>REQUEST TO STAY<br>PROCEEDINGS<br><br>(Doc # 5) |

        Petitioner, a sate prisoner currently incarcerated at California State Prison, Corcoran, filed a prose petition for a writ of habeas corpus under 28 USC § 2254 raising four federal claims for relief: (1) the trial court instructed the jury incorrectly, (2) the trial court improperly declined to permit him to conduct post-trial discovery into the mental state of the victim's mother, (3) the sentence imposed constituted cruel and unusual punishment, and (4) ineffective assistance of counsel based on counsel's failure to challenge the prosecutor's use of peremptory strikes based on gender.

        Per order filed on November 19, 2007, the court found that the fourth claim has not been exhausted and, under the law of the circuit, gave petitioner the option of withdrawing his unexhausted claim (claim 4) and proceeding only on his exhausted claims (claims 1, 2 and 3), dismissing the entire mixed petition and returning to federal court with a new petition once all claims are exhausted, or seeking a stay of the proceedings under Rhines v Webber, 544 US 269 (2005).

1   Good cause shown, petitioner's request (doc # 5) for a stay of these
2   proceedings so he can return to state court and exhaust claim 4 is GRANTED.
3   See Rhines, 544 US at 277 (stay appropriate where there was good cause for
4   petitioner's failure to exhaust his unexhausted claim in state court and the claim is
5   potentially meritorious).
6   The clerk is instructed to ADMINISTRATIVELY CLOSE the case.
7   Nothing further will take place in this matter until petitioner exhausts claim 4,
8   and, within 30 days thereafter, moves to reopen the case, lift the court's stay and
9   amend the stayed petition to add the newly-exhausted claim.
10  SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.07\Pham, H1.stay.wpd

2