UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHAM,<br><br>          Plaintiff,<br><br>v.<br><br>ADAMS et al,<br><br>          Defendant. | Case Number: C07-2929 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hoang Van Pham V-58217
CA State Prison
3B02 / #210u
4001 King Avenue
P.O. Box 3466
Corcoran, CA 93212-3466

Dated: December 12, 2007

                                          Richard W. Wieking, Clerk
                                          By: Cora Klein, Deputy Clerk

*/s/ Cora Klein*