1  HOANG VAN PHAM
2  PRISON I.D. #: V-58217
3  HOUSING UNIT: 3B02-#245L
4  CALIFORNIA STATE PRISON- CORCORAN
5  4001 KING AVENUE
6  POST OFFICE BOX 3466
7  CORCORAN, CA. 93212-3466
8  IN PRO SE

FILED
08 MAY -7 PM 1:17
W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10        IN THE UNITED STATES DISTRICT COURT
11        FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | HOANG VAN PHAM,          CASE NO. C 07-2929 VRW (PR)
14 |    PETITIONER,            NOTICE FROM SUPREME
15 |                           COURT OF CALIFORNIA
16 |    VS.                    REGARDING STATUS OF
17 |                           WRIT OF HABEAS CORPUS
18 | DARRELL ADAMS,            [CASE NO. S160378]
19 |    RESPONDANT.

21  COMES NOW HOANG VAN PHAM, BY AND
22  THROUGH JAILHOUSE LAWYER EDWIN JAY
23  HUTCHISON, THIS NOTICE TO ADMINISTRATIVELY
24  SHOW THAT THIS CASE IS STILL PENDING
25  WITHIN THE SUPREME COURT OF CALIF-
26  ORNIA. [SEE ATTACHED LETTER.]

28  DATE SUBMITTED: MAY 5, 2008
                    BY: _____
                        HOANG VAN PHAM

MARY JAMESON
AUTOMATIC APPEALS SUPERVISOR

JORGE NAVARRETE
SUPERVISING DEPUTY CLERK

SAN FRANCISCO

---

NATALIE ROBINSON
SUPERVISING DEPUTY CLERK

LOS ANGELES



Supreme Court of California

FREDERICK K. OHLRICH
COURT ADMINISTRATOR AND
CLERK OF THE SUPREME COURT

☐ SAN FRANCISCO 94102
EARL WARREN BUILDING
350 McALLISTER STREET
(415) 865-7000

☐ LOS ANGELES 90013
RONALD REAGAN BUILDING
300 SOUTH SPRING STREET
(213) 830-7570

April 30, 2008

Hoang Van Pham  # V-58217
California State Prison - Corocoran
P.O. Box 3466
Corcoran, Ca   93212-3466

Re:   **S160378 – Hoang Van Pham on request for appointment**

Dear Mr. Hoang Van Pham:

In reply to your letter of April 28, 2008, received April 30, 2008, you are advised that your petition for writ of habeas corpus, received and filed January 28, 22008, is still pending.

The California Rules of Court do not set a time limit within which the Supreme Court must act on habeas corpus petitions. The length of time the court requires to rule on such a petition depends on the complexity of the issues raised in the petition, and on the constraints imposed by the court's workload.

While we do not know in advance when the court will decide your case, a copy of the court's decision will be mailed to you the same day it is filed. Counsel is not appointed in these cases unless the court files an order to show cause. If such an order is filed, counsel would be appointed to represent you in any proceeding that may be scheduled.

Very truly yours, .

FREDERICK K. OHLRICH
Court Administrator and
Clerk of the Supreme Court

By: Robert R. Toy, Deputy Clerk

HOANG VAN PHAM  J-58217
3BO2-#245U  CSP-CORCORAN
4001 KING AVE. / P.O. BOX 3466
CORCORAN, CA 93212-3466

CORCORAN STATE PRISON

VRW

* LEGAL MAIL *

BAKERSFIELD CA 933
MOJAVE CA
05 MAY 2008 PM 1 L

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
U.S. COURTHOUSE
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102-3483
ATTN: COURT CLERK

9410243881 0008

80.4.5 st mph 2 cp