1. HOANG VAN PHAM
2. PRISON I.D. #: V-58217
3. HOUSING UNIT: 3B02-#245L
4. 4001 KING AVENUE
5. CA STATE PRISON - CORCORAN
6. P.O. BOX 3466
7. CORCORAN, CA 93212-3466
8. IN PRO SE

FILED
JUL 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| HOANG VAN PHAM, PETITIONER, VS. DARREL ADAMS, RESPONDENT. | CASE NO. C07-2929 VRW(PR) CONTINUANCE OF 28 USC SECTION 2254 |
|---|---|

TO: THE HONORABLE VAUGHN R. WALKER, UNITED STATE DISTRICT CHIEF JUDGE.

PURSUANT TO THE ORDER OF THIS COURT ISSUED ON DECEMBER 12, 2007, PETITIONER IS REQUESTING THE CONTINUANCE OF HIS 28 USC SECTION 2254 WHICH WAS HELD IN ABEYANCE.

1.

PETITIONER HAS EXHAUSTED CLAIM 4 WITHIN THE CALIFORNIA STATE SUPREME COURT UNDER RHINES V. WEBBER, 544 US 269 (2005) AS REQUIRED UNDER THE LAW OF THE CIRCUIT. (SEE ATTACHED)

WHEREFORE, PETITIONER REQUEST CONTINUANCE OF THESE PROCEEDINGS AND REOPEN THIS CASE, LIFT THE COURT'S STAY AND AMEND THE STAYED PETITION TO ADD THE NEWLY EXHAUSTED CLAIM 4.

DATE SUBMITTED: JULY 13, 2008

BY: _____
HOANG VAN PHAM
IN PRO SE

2.

S160378

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re HOANG VAN PHAM on Habeas Corpus

The petition for writ of habeas corpus is denied. (See *In re Swain* (1949) 34 Cal.2d 300, 304; *People v. Duvall* (1995) 9 Cal.4th 464, 474.)

SUPREME COURT
**FILED**

JUL -9 2008

Frederick K. Ohlrich Clerk

_____
Deputy

**GEORGE**
_____
Chief Justice



HOANG VAN PHAM V-58217
3BD2-#245U C3P-COR
P.O. BOX 3466
CORCORAN, CA 93212-3466

CORCORAN STATE PRISON

LEGAL MAIL

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT
U.S. COURTHOUSE
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102-3483
ATTN: JUDGE VAUGHN R. WALKER