1  HOANG VAN PHAM
2  HOUSING UNIT: 3B02-#245U
3  PRISON I.D. #: V-58217
4  CA STATE PRISON - CORCORAN
5  4001 KING AVENUE
6  P.O. BOX 3466
7  CORCORAN, CA 93212-3466
8  IN PRO SE

FILED
JUL 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| HOANG VAN PHAM, PETITIONER, | CASE NO. C 07-2929 VRW (PR) |
|---|---|
| VS. | MOTION FOR THE APPOINTMENT OF COUNSEL (2ND REQUEST) |
| DARREL ADAMS, RESPONDENT. | |

PETITIONER, A CALIFORNIA STATE PRISONER, RESPECTFULLY REQUESTS THE APPOINTMENT OF COUNSEL IN ORDER TO ASSIST HIM WITH THE LITIGATION REGARDING THE PROCEEDS OF THE 28 USC SECTION 2254 BEFORE THIS HONORABLE COURT. IN SUPPORT THEREOF, PETITIONER OFFERS THE FOLLOWING:

1.

PETITIONER RECOGNIZES THAT THERE IS NO RIGHT TO DENY COUNSEL, AND A DISTRICT COURT HAS THE DISCRETION TO APPOINT COUNSEL WHEN JUSTICE SO REQUIRES. WHILE A HABEAS PETITIONER IS NOT CONSTITUTIONALLY ENTITLED TO APPOINTED COUNSEL, COUNSEL SHOULD BE APPOINTED WHEN THE CIRCUMSTANCES OF THE CASE REVEAL THAT APPOINTED COUNSEL IS NECESSARY TO PREVENT A "DUE PROCESS" VIOLATION FROM EVEN OCCURRING. (SEE: PENNSYLVANIA V. FINLEY, 481 U.S. 551, 555 (1987); BONIN V. VASQUEZ, 999 F.2ND 425, 428 (9TH CIR. 1993); CHANEY V. LEWIS, 801 F.2d 1191, 1196 (9TH CIR. 1986); 18 U.S.C. § 3006A.(a)(2)(B).

IN ADDITION, THIS COURT MUST DULY APPOINT COUNSEL "IF GIVEN THE DIFFICULTY OF THIS CASE AND BECAUSE OF THE PETITIONER TO COMPREHEND THE ENGLISH LANGUAGE (PETITIONER'S NATIVE LANGUAGE IS VIETNAMESE), AND DUE TO ~~PLAIN~~ PETITIONER'S INABILITIES TO FORMULATE A COGNIZANT HABEAS PETITION, PETITIONER CANNOT OBTAIN JUSTICE WITHOUT AN ATTORNEY,

1. [HE] CANNOT OBTAIN AN ATTORNEY ON
2. HIS OWN, AND [HE] WOULD HAVE A
3. REASONABLE CHANCE OF WINNING
4. WITH A LAWYER AT HIS SIDE. (SEE:
5. WINSETT v. WASHINGTON, 130 F.3d 269,
6. 281 (7TH CIR. 1997) - QUOTING FORBES v.
7. EDGAR, 112 F.3d 262, 264 (7TH CIR. 1997)
8.
9. DUE PROCESS REQUIRES THAT PETITION-
10. ER BE AFFORDED LEGAL ASSISTANCE
11. TO ASSIST IN LITIGATING HIS CLAIMS
12. BEFORE THIS HONORABLE COURT.
13.
14. ACCORDINGLY, IT SHOULD BE ORDERED
15. THAT COUNSEL BE APPOINTED TO REPRE-
16. SENT PETITIONER FOR THE PURPOSE
17. OF HEARING HIS 28 USC SECTION 2254
18. AND FOR ALL FUTURE PROCEEDINGS
19. IN THIS MATTER.
20.
21. DATE SUBMITTED: JULY 13, 2008
22.
23. BY: _____
24. HOANG VAN PHAM
25. IN PRO SE
26.
27.
28.

3.