HOANG VAN PHAM
PRISON I.D. #: V-58217
HOUSING UNIT: 3B02-#245U
4001 KING AVENUE / P.O. BOX 3466
CA STATE PRISON- CORCORAN
CORCORAN, CA. 93212-3466
IN PRO SE

**FILED**

SEP 08 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG VAN PHAM,<br>PETITIONER,<br><br>VS.<br><br>DARRELL G. ADAMS,<br>RESPONDENT. | No. C 07-2929 VRW (PR)<br><br>[PROPOSED] ORDER<br>APPOINTING COUNSEL |

TO THE HONORABLE VAUGHN R. WALKER,
UNITED STATE DISTRICT CHIEF JUDGE.

    I, HOANG VAN PHAM, DECLARE THAT
I AM THE PETITIONER TO THE ABOVE
REFERENCED MATTER, THAT I AM
INCARCERATED AT CALIFORNIA STATE
PRISON- CORCORAN, AND THAT I AM
INDIGENT AND UNABLE TO AFFORD

1.

1  COUNSEL. MY TOTAL ASSETS ARE $0.00
2  AND MY INCOME IS $0.00 PER MONTH.
3
4    I HEREBY REQUEST THAT COUNSEL
5  BE APPOINTED IN THIS MATTER SO THAT
6  MY LIBERTY INTERESTS MAY BE PRO-
7  TECTED BY THE PROFESSIONAL ASSIST-
8  ANCE REQUIRED.
9
10    A DISTRICT COURT HAS THE DISCRETION
11  TO APPOINT COUNSEL WHEN JUSTICE SO
12  REQUIRES. PETITIONER REALIZES THAT
13  A HABEAS PETITIONER IS NOT CONSTITU-
14  TIONALLY ENTITLED TO APPOINTED COUN-
15  NSEL, COUNSEL SHOULD BE APPOINTED
16  WHEN THE CIRCUMSTANCES OF THE
17  CASE REVEAL THAT APPOINTED COUN-
18  SEL IS NECESSARY TO PREVENT A
19  DUE PROCESS VIOLATION FROM OCCUR-
20  RING. (SEE: PENNSYLVANIA V. FINLEY,
21  481 U.S. 551, 555 (1987); BONIN V.
22  VASQUEZ, 999 F.2d 425, 428 (9TH CIR. 1993);
23  CHANEY V. LEWIS, 801 F.2d 1191, 1196
24  (9TH CIR. 1986); AND 18 U.S.C. § 3006 A.(a)
25  (2)(B).
26
27    IN ADDITION, I AM OF VIETNAMESE
28  DECENT AND MY ENGLISH IS LIMITED.

1  THEREFORE, I WILL NEED THE ASSISTANCE
2  OF AN INTERPRETER THROUGHOUT TO
3  UNDERSTAND THE PROCEEDINGS OF THIS
4  CASE.

6      I SEEK COUNSEL TO ASSIST ME IN
7  LITIGATING THE CLAIMS CONTAINED IN MY
8  HIS 28 USC § 2254 FOR RELIEF BEFORE
9  THIS HONORABLE COURT. PLEASE NOTE
10 THAT "DUE PROCESS" REQUIRES THAT A
11 PETITIONER BE AFFORDED LEGAL ASSIST-
12 ANCE IN ORDER TO ASSIST IN LITIGATING
13 FEDERAL CLAIMS.

15     ACCORDINGLY, IT SHOULD BE ORDER-
16 ED THAT COUNSEL BE APPOINTED TO
17 REPRESENT ME FOR THE PURPOSE OF
18 OPPOSING THE MOTIONS OF THE DISTRICT
19 ATTORNEY OFFICE OF THE STATE OF
20 CALIFORNIA AND FOR ALL FUTURE
21 PROCEEDINGS IN THIS MATTER.

23     I DECLARE UNDER PENALTY OF PERJURY
24 THAT THE FOREGOING IS TRUE AND CORRECT
25 AND THAT THIS MOTION WAS EXECUTED
26 ON SEPTEMBER 1ST, 2008

HOANG VAN PHAM
IN PRO SE

3.





